UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| SEAN D. ABBADUSKY, | |
| Plaintiff, | CASE NO. 4:18-cv-04100-SLD-JEH |
| v. | |
| THE CBE GROUP, INC., | Honorable Sara Darrow |
| Defendant. | Magistrate Hon. Jonathan E. Hawley |

### NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that Plaintiff, Sean D. Abbadusky, and Defendant, The CBE Group, Inc., have reached a settlement in the above-captioned case. The parties anticipate filing a stipulated dismissal, pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), within forty-five (45) days.

DATED this 4th day of September, 2018.   Respectfully Submitted,

 /s/ Geoff B. McCarrell
Geoff B. McCarrell #0086427
CONSUMER LAW PARTNERS, LLC
435 N. Michigan Avenue, Suite 1609
Chicago, Illinois 60611
(267) 422-1000 (phone)
(267) 422-2000 (fax)
geoff.m@consumerlawpartners.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing *Notice of Settlement* is being filed electronically with the United States District Court for the Central District of Illinois, on this 4th day of September, 2018. Notice of this filing will be transmitted to counsel of record by operation of the Court's electronic filing system.

          */s/ Geoff B. McCarrell*
          Geoff B. McCarrell #0086427
          CONSUMER LAW PARTNERS, LLC